```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

 STERN & STERN, P.C., On Behalf of
 Municipal Credit Union,
                                              MEMORANDUM & ORDER
                       Plaintiff,             25-CV-5031 (EK)(RML)

         -against-

 ANGELINE CORNELIA,

                       Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

On December 9, 2025, *pro se* defendant Angeline Cornelia filed a notice of removal purporting to remove a consumer debt collection action from the Civil Court of the City of New York, Kings County to this Court. ECF No. 1. Cornelia's request to proceed *in forma pauperis* is granted. However, for the following reasons, this action is remanded pursuant to 28 U.S.C. § 1447(c).

*First*, the Court lacks subject-matter jurisdiction. Cornelia alleges there is federal-question jurisdiction because her "Answer and Counterclaims include claims arising under the laws of the United States, specifically the Fair Debt Collection Practices Act." ECF No. 1, at 2. But "[u]nder the well-pleaded complaint rule, a defendant generally may not remove a case to federal court unless the *plaintiff's complaint* establishes that the case arises under federal law." *McCulloch Orthopaedic Surgical Servs., PLLC v. Aetna Inc.*, 857 F.3d 141, 145 (2d Cir. 2017)

(emphasis added).[1] And the complaint here does not raise any claim arising under federal law.

*Second*, the removal is untimely. A notice of removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief." 28 U.S.C. § 1446(b)(1). Cornelia claims that she "was never served with a Summons and Complaint in this action" and "first became aware of this case when [she] received a notice from [the] court regarding a filing . . . ." ECF No. 1, at 20. Even assuming that is true, Cornelia was at least aware of this action by the time she filed her answer on September 4. *Id.* at 12-15. Therefore, her deadline to remove this action was October 6.

This action is therefore remanded to the Civil Court of the City of New York, Kings County under Index Number CV-009306-25/KI. The Clerk of Court is respectfully directed to send a certified copy of this Order to the Clerk of the Civil Court of the City of New York, Kings County, and to close this case.

SO ORDERED.

/s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:   December 17, 2025
         Brooklyn, New York

---

[1] Unless otherwise noted, when quoting judicial decisions this order accepts all alterations and omits all citations, footnotes, and internal quotation marks.

2